No. 125, Misc. IN RE REFRIGERATION PATENTS COR-PORATION. June 3, 1946. The motion for leave to file a petition for writ of prohibition or mandamus is denied. *Tracy R. V. Fike* for petitioner.

No. 126, Misc. SHERIDAN *v.* BENSON, WARDEN. June 3, 1946. The motion for leave to file a petition for writ of habeas corpus is denied.

No. 1090. CAROTHERS, DOING BUSINESS AS ALLRIGHT AUTO PARK, ET AL. *v.* BOWLES. See *post,* p. 859.

No. 629. PERLSTEIN *v.* HIATT, WARDEN. June 10, 1946. *Per Curiam:* It appearing that the case is moot, the writ of certiorari is dismissed. Petitioner *pro se. Solicitor General McGrath* and *Robert S. Erdahl* for respondent.